

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2019

No. 04-19-00167-CV

**IN THE GUARDIANSHIP OF** Hortencia T. **VARA**, an Incapacitated Person

From the County Court, Uvalde County, Texas
Trial Court No. 7058-18
Honorable William R. Mitchell, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of the appeal are taxed against appellant.

It is so **ORDERED** on May 1, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2019.

_____
Keith E. Hottle, Clerk of Court